IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

M.H., by her parent and next
best friend, D.H.,

    Plaintiff,

v.

BOARD OF EDUCATION, O'FALLON
TOWNSHIP HIGH SCHOOL DISTRICT #203,

    Defendant.                                           Case No. 08-cv-773-DRH

## ORDER

**HERNDON, Chief Judge:**

        Plaintiff has moved to voluntarily dismiss her suit against defendant, without prejudice (Doc. 5). From the record, it appears that Defendant has not yet filed an Answer or summary judgment motion. Therefore, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(i)**, the Court hereby **ACKNOWLEDGES** Plaintiff's voluntary dismissal (Doc. 5). As such, Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED**.

        Signed this 27th day of January, 2009.

                                              /s/     David R Herndon
                                            **Chief Judge**
                                            **United States District Court**